FILED

FEB 2 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiffs,        )        No. CR-04-5327-AWI
                               )
      vs.                      )        ORDER OF RELEASE
                               )
RODRIGO DeJESUS ZAVALA TORRES  )
                               )
            Defendant.         )
_____)

The above named defendant having been sentenced on February 20, 2007 to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.


DATED:  2-21-07


_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1